UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD GROSNICKLE,<br><br>　　　　Defendant. | CASE NO. CR02-423C<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the defendant to the charge contained in the Information, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

SO ORDERED this _28th_ day of _April_, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1